

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

RAJU BRANDON NEAPOLLIOUN     PLAINTIFF

VERSUS     CIVIL ACTION NO. : 2:23-cv-00089-TBM-RPM

FORREST COUNTY REGIONAL JAIL     DEFENDANT

## NOTICE OF DISMISSAL

COMES NOW, the Plaintiff, Raju Brandon Neapollioun, pursuant to FRCP 41(a)(1)(A)(i), and files his Notice of Dismissal and in support thereof would state the following:

1. On or about June 14, 2023, Plaintiff mailed a letter to the United States District Court, Southern District of Mississippi, Eastern Division, and the same was filed on June 16, 2023.

2. Plaintiff has not served the Defendant with process of this Court and no answer or Motion for Summary Judgement has been filed by the Defendant.

3. Pursuant to FRCP 41(a)(1)(A)(i), the Plaintiff voluntarily dismisses his claim, without prejudice.

Respectfully submitted this 5th day of July, 2023.

RAJU NEAPOLLIOUN

Page | 1